AO 238 (Rev. 06/19) Arrest Warrant and Notice Before Arrest

746202

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF VIRGINIA

CM/ECF Case No. 1:19-PO-01878-TCB

| | |
|---|---|
| United States of America | )
| v. | )
| **HAGANS, MONICA N** | )
| **109 CARAWAY ROAD APT B1** | )
| **REISTERSTOWN, MD 21136** | )
| | )
| | )
| *Defendant* | )

| Location Code(s)/Violation Number(s) | Violation Date(s) |
|---|---|
| 7950841-EV78, 7950842-EV78, 7950843-EV78, 7950844 - EV78, 7950845 - EV78, 7950846 - EV78 | 9/07/2019 |
| **Offense(s)** | **Amount Due** |
| DISREGARDING AUTHORIZED ROAD SIGN PROHIBITED U-TURN DAMAGE TO GOVERNMENT PROPERTY DRIVING UNDER THE INFLUENCE OPERATING ON A REVOKED LICENSE DIRIVNG WITHOUT WEARING A SEATBELT | APPEARANCE REQUIRED |

## ARREST WARRANT

To:   Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: 10/28/19

/s/ Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*
**HON THERESA C BUCHANAN**

### Return

| | Date: | Location: |
|---|---|---|
| **Received** | 10/18/2019 | Washington DC. |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
|---|---|---|
| **Arrested** | 11/17/2020 | Washington D.C. |

Name: Steven Caldwell   Title: DEO   District: D/DC
Date: 11/18/2020   Signature: _____